1  DOUGLAS K. deVRIES (SB#70633)
   deVRIES LAW FIRM
2  641 Fulton Avenue, Suite 200
   Sacramento, CA  95825
3  Tel:    916/473-4343
   Fax:   916/473-4342
4  Email: dkd@dkdlaw.com

5  *Attorneys for Plaintiff*

6  ADRIENNE C. PUBLICOVER (SB#161432)
   WILSON ELSER MOSKOWITZ ET AL
7  525 Market Street
   San Francisco, CA 94105-2725
8  Tel: (415) 433-0990
   Fax: (415) 434-1370
9  Email: adrienne.publicover@wilsonelser.com

10 *Attorneys for Defendants*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>            Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA and PHH CORPORATION LONG TERM BENEFIT PLAN,<br><br>            Defendants.<br>_____/ | Case No.  2:10-CV-00207 FCD-KJM<br><br>**STIPULATION AND ORDER OF DISMISSAL OF ENTIRE ACTION AND ALL CLAIMS WITH PREJUDICE** |

Plaintiff, JOHN DOE and Defendants LIFE INSURANCE COMPANY OF NORTH AMERICA and PHH CORPORATION LONG TERM BENEFIT PLAN, by and through their respective counsel, do hereby stipulate that the above-referenced matter has been settled by and between all parties, and that the entire action and all claims against all defendants be dismissed with prejudice, with each party to

Stipulation and Order of Dismissal                         1

bear its own costs of suit and attorney's fees.

Dated: June 22, 2010                  deVRIES LAW FIRM

                                       By:   /s/ Douglas K. deVries
                                                DOUGLAS K. deVRIES
                                                Attorney for Plaintiff JOHN DOE

Dated: June 22, 2010                  WILSON ELSER MOSKOWITZ ET AL

                                       By:   /s/ Adrienne C. Publicover
                                              ADRIENNE C. PUBLICOVER
                                              Attorney for Defendants

## **ORDER**

Based on the stipulation of the parties set forth above, the entire action and all claims against defendants LIFE INSURANCE COMPANY OF NORTH AMERICA and PHH CORPORATION LONG TERM BENEFIT PLAN, are dismissed with prejudice, with each party to bear its own costs of suit and attorney's fees.

**IT IS SO ORDERED.**

Date: June 22, 2010

                                         FRANK C. DAMRELL, JR.
                                         UNITED STATES DISTRICT JUDGE